

**RECEIVED**

**MAY 07 2013**

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
HELENA

Crystal L. Cox Pro Se
P.O. Box 2027
Port Townsend, WA
(406) 624-9510
Crystal@CrystalCox.com

UNITED STATES DISTRICT COURT
DISTRICT OF Montana

Plaintiff Crystal L. Cox
1- 5 John and Jane Doe Plaintiff(s)

Case Number Pending
Motion to File Electronically

v.

**Defendants**
Scott A. Curry, TLC Engineering, Ron Nelson, Nelson Construction, Whitefish Credit Union...

**Motion / Proposed Order to Allow Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically in this court.**

I, Plaintiff Crystal Cox, in my Pro Se Capacity, request this court's permission to submit filings electronically in this case.

Plaintiff Crystal Cox alleges it to be the most cost effective way for this court to allow Pro Se Plaintiff Crystal L. Cox to submit all legal filings, documents and motions electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email. Defendant Crystal Cox moves this court to grant permission allow Defendant Cox to file documents in this case electronically.

1



## Certificate of Service:

I hereby certify that I served the foregoing on May 3rd 2013 to:

U.S District Court
District of Montana
Paul G. Hatfield
Suite 2100
901 Front Street
Helena, MT 59626-9708

*[signature]*

Respectfully Submitted,

Crystal L. Cox
Pro Se Plaintiff
P.O. Box 2027
Port Townsend, WA
(406) 624-9510
Crystal@CrystalCox.com

Submitted Respectfully by

Pro Se Defendant
Crystal L. Cox
Crystal@CrystalCox.com