IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CRYSTAL L. COX, 1-5 John and Jane Doe Plaintiffs,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SCOTT A. CURRY, et al.,,<br><br>　　　　Defendants. | CV 13-89-M–DWM–JCL<br><br>ORDER |

Plaintiff Crystal Cox, appearing pro se, has moved for permission to file electronically in this case. Because Plaintiff is appearing pro se and is not a member of the Montana Bar,

IT IS ORDERED that Plaintiff's motion is DENIED. *See* Local Rule 1.4.

Dated this 9th day of May, 2013.

　　　　　　　　　　　　　　　／s／ Jeremiah C. Lynch
　　　　　　　　　　　　　　　Jeremiah C. Lynch
　　　　　　　　　　　　　　　United States Magistrate Judge