

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

U.S. District Court
District Of Montana (Missoula)

CIVIL DOCKET FOR CASE
#: 9:13-cv-00089-DWM-JCL

Notice / Motion
Regarding Serving Summons

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

I, Plaintiff Crystal Cox, notify this court in regard to the need to have this court serve all named Defendants in this case. Plaintiff Crystal L. Cox filed in Forma Pauperis and moves this court to serve summons on all defendants named in this complaint.

Plaintiff assumes court has granted Plaintiff to proceed in forma pauperis on the filing of this case with no fee required of Plaintiff.

Plaintiff Crystal Cox respectfully moves this court per 28 USC 1915 to serve summons, complaint notification on all named defendants via U.S. Marshal. And gives Notice to this court that Plaintiff Crystal Cox is in need of this court to SERVE all named defendants in this action.

Also NOTE, Plaintiff is a non-prisoner Pro Se Plaintiff

Respectfully Submitted
Pro Se Plaintiff
Crystal L. Cox



## Certificate of Service:

I hereby certify that I served the foregoing on May 10th, 2013

Mailed to:

**U.S. District Court Missoula**
**201 E. Broadway**
**Missoula, MT 59802**

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com