IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| CRYSTAL L. COX, 1-5 John and Jane Doe Plaintiffs,<br><br>        Plaintiffs,<br><br>   vs.<br><br>SCOTT A. CURRY, et al.,<br><br>        Defendants. | CV 13-00089-M--DWM-JCL<br><br><br>ORDER |

Plaintiff Crystal Cox has filed a Motion to Proceed in Forma Pauperis and Motion/Notice Regarding Serving Summons. The request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

As indicated in the Notice of Case Opening sent to Ms. Cox on May 7, 2013 (Dkt. 4), the Court is required to prescreen all cases filed in forma pauperis and it will not consider appointing counsel or serving the Complaint upon Defendants until after the prescreening process is complete. Pursuant to 28 U.S.C. § 1915(e)(2) the Court must review the complaint to identify cognizable claims, or

dismiss the complaint, or any portion of the complaint, if the complaint is

frivolous, malicious, or fails to state a claim upon which relief can be granted, or if

the complaint seeks monetary relief from a defendant who is immune from such

relief.  28 U.S.C. § 1915(e)(2).

The Court will not consider serving the Complaint upon defendants until this

prescreening process is complete.  Ms. Cox should await the Court's prescreening

order prior to taking further action in this matter.

Based upon the foregoing the Court issues the following:

**ORDER**

1.  The Motion to Proceed in Forma Pauperis (Dkt. 1) is granted.

2.  The Clerk shall edit the text of the docket entry for the Complaint (Dkt.

2) to remove the word "LODGED" and the Complaint is deemed filed on May 7,

2013.

3.  The Motion/Notice Regarding Serving Summons (Dkt. 7), to the extent it

seeks immediate service of the Complaint, is denied.  Should any claims survive

the prescreening process, the Court will serve the remaining Defendants.

4.  At all times during the pendency of this action, Ms. Cox SHALL

IMMEDIATELY ADVISE the Court of any change of address and its effective

date.  Failure to file a NOTICE OF CHANGE OF ADDRESS may result in the

dismissal of the action for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

DATED this 15th day of May, 2013.

_____
Jeremiah C. Lynch
United States Magistrate Judge