IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| Crystal L. Cox, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Scott Curry, et al.,<br><br>Defendants. | Cause No. CV 13-89-M-DWM-JCL<br><br><br>NOTICE AND CONSENT TO<br>ELECTRONIC SERVICE |

    YOU ARE HEREBY NOTIFIED that the documents filed in your case are stored electronically on the Court's electronic filing system (ECF).  You are advised that, pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure the documents in your case can be served on you electronically if you consent in writing and provide the Court with an e-mail address.  Electronic service eliminates the delay associated with service by United States Mail.

    If you would like to receive service from the Court and all other parties by electronic means, you must complete and return the enclosed consent form to the

1

Clerk of Court's office.  In the event you do not consent, all documents will

continue to be served on you conventionally, via the United States Mail.

    DATED this 14th day of 2013.

                            TYLER P. GILMAN, CLERK
                            UNITED STATES DISTRICT COURT

**ACTION REQUIRED!**

                            /s/ T. Gesh
                            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| Crystal L. Cox, et al.,<br><br>      Plaintiff,<br><br>vs.<br><br>Scott Curry, et al.,<br><br>      Defendants. | Cause No. CV 13-89-M-DWM-JCL<br><br>NOTICE AND CONSENT TO ELECTRONIC SERVICE |

CONSENT TO ELECTRONIC SERVICE

     Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I hereby voluntarily consent to having the documents filed in my case sent to me by electronic means. I understand that by so consenting, service will be complete upon transmission.

_____      _____
DATE                                        SIGNATURE

                                                    _____
                                                    PRINTED/TYPED NAME

                                                    _____
                                                    E-MAIL ADDRESS

                                                    _____
                                                   TELEPHONE NUMBER